AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

**SEP 2 7 2019**

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

|  |  |
|---|---|
| United States of America<br>v.<br><br><br>Alexander Timothy Cross | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 6:19mj00010

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 25, 2019_____ in the county of _____Buckingham_____ in the
_____Western_____ District of _____Virginia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(4) and 924(a)(2) | Possession of a firearm by a person previously adjudicated as a mental defective or who has been committed to a mental institution |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Talbert, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____09/27/2019_____

_____
*Judge's signature*

City and state: _____Charlottesville, Virginia_____

Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*