# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT, BOND/DETENTION HEARING/PRELIMINARY EXAM

Case No.: 6:19CR00026                                   Date: 11/14/19

| Defendants: | Counsel: |
|---|---|
| Alexander Timothy Cross, present, custody | Andrea Harris, AFPD, present |

PRESENT:   JUDGE:           Hon. Joel C. Hoppe, USMJ       TIME IN COURT: 3:47-3:56=9 min
           Deputy Clerk:    Karen Dotson
           Court Reporter:  Karen Dotson, FTR
           U. S. Attorney:  Sean Welsh
           USPO:            Brittany Warren
           Case Agent:      DEA SA Michael Talbert
           Interpreter:     n/a

## INITIAL APPEARANCE AND BOND HEARING

- [x] Initial Appearance.  Defendant(s) advised of charges, rights and nature of proceedings.
- [ ] Government moves to unseal case.  Court grants motion.
- [x] Defendant requests appointment of counsel.  CJA 23 completed; counsel will be appointed prior to defendant's next scheduled court appearance – counsel present today
- [ ] Bond hearing held.  Record proceedings, witnesses, etc
- [ ] Government does not oppose bond.
- [ ] Defendant(s) not eligible for bond because state reasons not eligible.
- [ ] Bond set at Amount, type, i.e., secured, unsecured, property, cash, corporate surety.
- [ ] Deft. notified of right to consular notification under the Vienna Convention.

In addition to the standard conditions of release, the following special conditions of release are imposed:

- [ ] The defendant shall avoid contact outside the presence of his/her counsel with any alleged victims or potential witnesses regarding his/her case.
- [ ] The defendant shall report as directed by the probation officer, and shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant; the defendant shall continue to reside at his/her current residence, and shall not change residences without first obtaining permission from the probation officer.
- [ ] The defendant shall abstain from the excessive OR any use of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose.
- [ ] The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such.
- [ ] The defendant shall submit to random drug and or alcohol testing as directed by the probation officer.
- [ ] The defendant shall not travel outside the Western District of Virginia without first obtaining permission from the probation officer.
- [ ] The defendant shall submit to warrantless search and seizure of his/her person and property as directed by the probation officer for the purpose of determining if he/she is in compliance with his/her conditions of pretrial release.
- [ ] The defendant shall actively seek and/or maintain employment.
- [ ] The defendant shall maintain or commence an education program.
- [ ] The defendant shall surrender his/her passport to the Probation Office to be held pending further order of the court; the defendant shall not apply to obtain a passport.
- [ ] The defendant shall not associate with any known users/possessors of illegal controlled substances and shall not be present in any location where illegal controlled substances are being used and/or distributed, unless approved by his/her supervising officer in cooperation with law enforcement officers.

- ☐ The defendant shall be placed on home detention subject to electronic monitoring and all residential absences must be approved in advance by the probation officer.
- ☐ The defendant shall continue in his/her currentmental health OR substance abuse OR both counseling/treatment program at his/her own expense.
- ☐ The defendant shall allow the probation officer open communication with any treatment agencies or health care providers for the purpose of monitoring the defendant's compliance with all treatment requirements.
- ☐ Any animals on the premises of the defendant's residence must be restrained in a way so as to not interfere with the probation officer's access to the defendant's residence and to ensure the officer's safety.
- ☐ Defendant advised of penalties and sanctions for failure to appear and/or violating conditions of release.

## **DETENTION**

- ☒ Government moves for detention. (Can be continued for up to 3 days)
- ☐ Government moves for continuance of detention hearing.
- ☒ Defendant(s) moves for continuance of detention hearing. (Can be continued for up to 5 days)
- ☐ Detention hearing continued to KEYBOARD().
- ☐ Detention hearing held. Record proceedings, witnesses, etc
- ☐ Findings of Fact:

## **PRELIMINARY EXAM**
(Only if arrested on criminal complaint)

- ☐ Defendant does not contest probable cause.
- ☐ Preliminary exam waived. Waiver form executed by parties.
- ☐ Preliminary Exam held. Record proceedings, witnesses, etc
- ☐ Probable cause found. Order will enter.
- ☐ Probable cause not found. Court orders complaint dismissed. Order will enter.

## **ARRAIGNMENT**

- ☒ Defendant(s) waives reading of Indictment/Information.     ☐ Indictment/Information read.
- ☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | 1-4 |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |

- ☒ Jru trial set for 1/22/2020 at 9:30 AM before Hon. Moon in Lynchburg.
- ☐ Pretrial conference set for Pretrial conference date.
- ☒ Defendant(s) remanded to custody.
- ☐ Defendant(s) released on bond.

Additional Information:

Dft requests bond, bond hrg set for 11/20/19 at 1:00 pm Charlotesville
Dft remanded to USM custody