## APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO.: 6:19CR26

v.

DATE: 11-14-19

Alexander Timothy Cross

TYPE OF HEARING: IA + ARR (ctrm. 1)

*************************************************************************

PARTIES:

1. USMJ Joel C Hoppe
2. AUSA Sean Welsh
3. Defendant Cross
4. ∆ atty - Andrea Harris
5. USPO Brittany Warren
6. _____
7. _____
8. _____
9. _____
10. ~~CSO~~ / Deputy Clerk Karen Dotson

*************************************************************************

Recorded by: K Dotson

Time in Court: 3:47-3:56 = 9 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 3:47 | 1,10 | 55 | 4,10 | | | | | | |
| | 1,2 | | 1,2 | | | | | | |
| | 1,4 | | 1,4 | | | | | | |
| 48 | 1,3 | | 1 | | | | | | |
| | 1 | 56 | 2,1 | | | | | | |
| 50 | 3,1 | | 3,1 | | | | | | |
| 52 | 2,1 | | 4,1 | | | | | | |
| | 4,1 | | 2,1 | | | | | | |
| | 3,1 | | | | | | | | |
| | 3,1 | | | | | | | | |
| | 3,1 | | | | | | | | |
| 54 | 4,1 | | | | | | | | |
| | 3,1 | | | | | | | | |
| | 4,10 | | | | | | | | |
| | 4,10 | | | | | | | | |