CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

11/15/2019

JULIA C. DUDLEY, CLERK
BY: A. Seagle
DEPUTY CLERK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>ALEXANDER TIMOTHY CROSS<br><br>Filed as a Detainer with Piedmont Virginia Regional Jail<br>*Defendant* | Case No. 6:19CR00026-001 |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ALEXANDER TIMOTHY CROSS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

POSSESSION OF A FIREARM BY A PROHIBITED PERSON

Date:  11/13/2019

*Fay Coleman Deputy Clerk*
*Issuing officer's signature*

City and state:  CHARLOTTESVILLE, VA

JOEL C. HOPPE, U. S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 11/13/2019, and the person was arrested on *(date)* 11/14/2019
at *(city and state)*  Farmville, VA.

Date:  11/14/2019

*Michael J Allen*
*Arresting officer's signature*

Michael J Allen   CIDUSM
*Printed name and title*