CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED
NOV 20 2019
JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 6:19-CR-00026 |
| v. | ) | In violation of: |
| ALEXANDER TIMOTHY CROSS | ) | 18 U.S.C. §§ 922(g)(4) and 924(a)(2) |

**SUPERSEDING INDICTMENT**

**COUNT ONE**
***Possession of Firearms by a Prohibited Person***

The Grand Jury charges that:

1. On or about September 25, 2019, in the Western District of Virginia, the defendant, ALEXANDER TIMOTHY CROSS, knowing that he had been committed to a mental institution, did knowingly and intentionally possess firearms, that is, a Smith and Wesson, model M&P 15 rifle, a Ruger LCP pistol, an HS Produkt pistol, and a Sig Sauer pistol, said firearms having been shipped and transported in interstate commerce.

2. In violation of Title 18, United States Code, Sections 922(g)(4) and 924(a)(2).

**FORFEITURE ALLEGATION**

3. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to: a Smith and Wesson M&P 15 rifle with serial number TJ75291, a Ruger LCP pistol with serial number 373-85001, a HS Produkt XDM

pistol with serial number MG555415, a Sig Sauer 9mm pistol, model SP2022 with serial number 2400305, and ammunition.

4. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence,

b. has been transferred or sold to, or deposited with, a third party,

c. has been placed beyond the jurisdiction of the Court,

d. has been substantially diminished in value, or

e. has been commingled with other property that cannot be divided without difficulty, then

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, Untied States Code, Section 2461(c).

5. Criminal Forfeiture, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853(p), and Title 28, United States Code, Section 2461(c).

A TRUE BILL, this 20 day of November 2019.

*s/GRAND JURY FOREPERSON*
GRAND JURY FOREPERSON

Thomas Cullen
THOMAS T. CULLEN
UNITED STATES ATTORNEY