AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __VIRGINIA__

USA v. Alexander Cross

**EXHIBIT AND WITNESS LIST**

Case Number: 6:19CR26

| PRESIDING JUDGE Joel C. Hoppe | PLAINTIFF'S ATTORNEY Welsh, S. | DEFENDANT'S ATTORNEY Harris, A. |
|---|---|---|
| TRIAL DATE(S) 11/20/2019 | COURT REPORTER H. Wheeler/FTR | COURTROOM DEPUTY H. Wheeler |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 11/20/19 | X | X | Copy of letter from Cross to mr & mrs US Atty |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

To: The U.S. Attorney for the Western Dist. of VA     10/20/19
From: Alexander T. Cross, CRITE of Aquariana

Dear Mr. or Mrs. U.S. Attorney,

    I am writing you at present to express a confession of sorts — an unusual confession, however, as it will cover much more than the basic premise of the crimes for which I have been charged. It will also include a rather unorthodox suggestion of how to move forward with the adjudication of my case.

    I believe my case to be highly unusual in and of itself, as the roles of prosecutor, defendant and judge are all mismatched and out of order. While it is true that I am guilty of breaking the statute listed under U.S. Code Section 922(g)(4) as having possessed a firearm after having been committed to a mental institution, the purpose of this memo is to convince you that I never should have been committed in the first place. All of the evidence may point to the contrary, but please hear me out.

    I have been medicated for schizophrenia/schizo-affective disorder (depending on who you ask) since sometime in mid-2016. I take pride in willfully taking my medication. I also see a therapist regularly to discuss matters of all sorts and, again, this is not something I mind doing in the slightest. To make a long story short, I did not (and do not) believe myself to be a danger to society, and there are many people in my local community who would attest to that fact. If I had thought at any point that there was even a remote

GOVERNMENT EXHIBIT 6:19CR26 #3 11/20/19

Cross-000125

Cross-000126

possibility of me killing any innocent people, I would have either handed in my weapons or taken myself out of the equation altogether.

It is a fact that I harbor some unusual ideas about myself and my role in society, but believe me when I say that I never meant to cause any harm. The list I had compiled, of which you are undoubtedly aware, was meant to function as a record-keeping device, not necessarily a "hit list" per se. It is obvious from a quick glance that there are many very bad people on that list. There are also some very good people listed as well - these were obviously meant to be kept as a separate category altogether. I choose to call the list of transgressors my List for Immediate Adjudication.

I believe that I should (and indeed already do) have the dual authorization to make decisions up to and including Life and Death with regard to every single, individual human life on this planet. The fact that this will some day be recognized by all (with or without the help of the U.S. Federal Gov't) is as plain as the sun shining brightly in the southern sky. I would prefer to accomplish the means to this end peacefully, but ultimately the manner in which this objective is accomplished is not going to be up to me - it will be entirely up to you.

The best case scenario for every American Citizen, and I daresay every person on this planet, would be for you to stand down, drop your charges, and assist me in the restoration of my Second Amendment right

Cross-000127

Cross-000128

to keep and bear arms. I will not be satisfied with anything less. I also expect for all of my property which was confiscated as 'evidence' in this case to be returned to me, along with the two guns that were brazenly stolen by the Anne Arundel County Police in the summer of 2014. While speaking of the AACPD, they also owe me a Case brand lockback pocket knife which was confiscated in or around the summer of 2003. I feel strongly that at this point I should be asking you for so much more, but for the sake of succinctity and sticking to the matter at hand, I will agree not to obliterate the American way of life when I eventually do leave the country, if you will just do that much for me. Between you, me, and the judges overseeing this case, I did in fact carry one of my pistols on my person every single day for the past 2.5 years and nobody ever got anywhere close to being shot. I am an extremely good judge of situations and an exceedingly patient person, and so while my record may show me to be certifiably insane, at this juncture in time I can assure you that this is <u>not</u> the case.

In exchange for your assistance in restoring my right to own and carry a firearm, I will promise to continue taking my medication and meeting regularly with my therapist. I was receiving adequate mental health treatment prior to my arrest and would wish to continue utilizing this same level of outpatient

Cross-000129

Cross-000130

care. If you choose to pursue a guilty finding, prison sentence, or lengthy detainer/hospitalization against me, I can assure you that this country will suffer greatly, and most likely be crushed like an empty soda can after I leave it on my own terms.

    I hope that you give the contents of this letter serious consideration, both for this country's sake and the sake of many others, and lastly of all for mine own. You may read this and simply dismiss it as the ravings of a madman, but I assure you that you would do so at great risk to society as we know it.

    The impending legal proceedings are a hard red line for me - if you cross it now, there will be no hope of a prosperous for the United States in any way, shape or form. You know where to find me should you wish to discuss these matters further in person. DO NOT take your time with this - It IS a matter of grave urgency.

                         Sincerely,

                          [signature]

                          CRITE of Aquariana
                          Commander of the Army of the Lord

Cross-000131

Cross-000132

P.S.: John Willard is lying about the events he claims happened on the evening of Sunday, 9/22. My own biological father can corroborate this, as we had a phone conversation from 4:51 pm until approximately 6:30 that evening. The likelihood of me having a total psychotic break that same evening as described by Willard, while I was medicated, is as close to impossible as you can get.



Cross-000133