| **Description** | Appearance Sheet for the United States District Court Western District of Virginia Charlottesville Division; USA v. Alexander Timothy Cross; Case No. 6:19CR26; Date: 11/20/19; Type of Hearing: Bond/Arr; Parties: 1. Joel C. Hoppe, USMJ, 2. AUSA Sean Welsh, 3. Andera Harris, AFPD, 4. Defendant, 5. Mike Talbert, SA, 6. Brittany Warren; Recorded by: H. Wheeler; Time: 34 min |
|---|---|
| **Date** | 11/20/2019   **Location**   [CVILLE-FTR3] |

Appearance Sheet for the United States District Court Western District of Virginia C[CVILLE-FTR3]

| Time | Speaker | Note |
|---|---|---|
| 1:07:31 PM | 1 | |
| 1:07:45 PM | 2 | |
| 1:07:45 PM | 1 | |
| 1:07:46 PM | 3 | |
| 1:07:47 PM | 1 | Continuation of bond hearing |
| 1:08:04 PM | 3 | |
| 1:08:06 PM | 1,3 | |
| 1:08:12 PM | 1 | |
| 1:08:17 PM | 4 | Defendant sworn |
| 1:08:22 PM | 1,4 | |
| 1:09:04 PM | 1,3 | Waives formal reading |
| 1:09:10 PM | 1 | Court notes a not guilty plea |
| 1:09:29 PM | 1,3 | Defense makes proffer |
| 1:10:24 PM | 3,1 | |
| 1:10:55 PM | 3,1 | |
| 1:12:07 PM | 3,1 | |
| 1:12:21 PM | 1,3,4 | |
| 1:12:31 PM | 3,1 | |
| 1:13:05 PM | 3,1 | |
| 1:13:43 PM | 2,1 | |
| 1:15:27 PM | 2 | |
| 1:15:38 PM | 2,1 | |
| 1:15:41 PM | 2,1 | |
| 1:15:44 PM | 2 | |
| 1:15:49 PM | 5,1 | |
| 1:16:02 PM | 2,5 | Michael Talbert, SA |
| 1:16:19 PM | 2,5 | |
| 1:16:55 PM | 2,5 | Govt #1 Copy of letter received from Cross |
| 1:18:29 PM | 2,5 | |
| 1:22:21 PM | 2,5 | |
| 1:25:20 PM | 3,5 | |
| 1:28:02 PM | 3,5 | |
| 1:29:36 PM | 3,5 | |
| 1:30:08 PM | 1,2,5 | |
| 1:30:41 PM | 3,1 | |
| 1:30:45 PM | 3,5 | |
| 1:31:31 PM | 3,5 | |
| 1:31:54 PM | 1,2 | |
| 1:31:57 PM | 1,2,3 | |
| 1:32:07 PM | 1,2 | Arguments heard |
| 1:34:46 PM | 1,3 | |
| 1:37:27 PM | 1,3 | |

Appearance Sheet for the United States District Court Western District of Virginia C[CVILLE-FTR3]

| Time | Channel | Note |
|---|---|---|
| 1:38:41 PM | 1,3 | |
| 1:39:44 PM | 1 | Court finds there are no conditions under which he can release deft |
| 1:40:33 PM | 1 | Findings by court |
| 1:41:23 PM | 1 | Court will enter a detention order |
| 1:41:33 PM | 1,2 | |
| 1:41:34 PM | 1,3 | |
| 1:41:37 PM | END | |