Case 6:19-cr-00026-NKM-JCH   Document 27   Filed 11/21/19   Page 1 of 2   CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

11/21/2019
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 6:19-cr-00026 |
| | ) | |
| ALEXANDER TIMOTHY CROSS, | ) | **ORDER OF DETENTION** |
| Defendant. | ) | |

This matter came before the Court for a detention hearing on November 20, 2019. The Government moved for detention.

Based on the nature of the offense charged, the Court shall hold a detention hearing upon the Government's motion to detain the Defendant pending trial. 18 U.S.C. § 3142(f)(1)(E) (certain felonies involving minor victims, unregistered sex offenders, firearms, or other dangerous weapons). At the detention hearing, the Court shall consider the factors in 18 U.S.C. § 3142(g) to determine whether any condition or combination of conditions will reasonably assure that the Defendant neither flees nor poses a danger to another person or to the community if released pending trial.

Based on the evidence presented, including but not limited to the following, the Court finds that no condition or combination of conditions will reasonably assure the safety of another person or the community (by clear and convincing evidence) if the Defendant is released at this time:

1. The Defendant acquired four firearms and thousands of rounds of ammunition. He has written hit lists of people to kill, and he has expressed delusional thoughts that he has the authority to determine who lives and who dies. The Defendant allegedly engaged in these acts while undergoing mental health counseling and treatment.

It is therefore ORDERED that the Defendant be detained pending further proceedings in this case.

## Directions Regarding Detention

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ENTERED:  November 21, 2019

*Joel C. Hoppe*

Joel C. Hoppe
United States Magistrate Judge